# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Criminal No.  3:24-CR-9** |
| **DAVEY JOHNATHAN SISK** | **:** | |
| | **:** | |

### AFFIDAVIT OF CHARLES J. MOLONEY

I, Charles J. Moloney, a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), pursuant to Title 28, United States Code, Section 1746, state as follows:

1.      On February 15, 2024, law enforcement executed a federal search warrant at the residence of Anna Layher (Layher) in Bealeton, Virginia.

2.      During that search, law enforcement seized a cellular phone belonging to Layher and accessed the Telegram application.

3.      Telegram is a cloud-based, encrypted messaging application that allows users to exchange instant messages, as well as media, including images and videos.

4.      Law enforcement extracted and downloaded a copy of the Telegram messages exchanged between Layher, Telegram username "Anna Morrow," and Davey Sisk (Sisk), Telegram username "Lilly Smoot," directly from Layher's cellular phone.

5.      Between June 2023 and February 2024, Layher and Sisk exchanged approximately 28,000 messages through Telegram, often hundreds a day.  A transcript of those messages totals over 3,000 pages.

6.      Layher and Sisk likewise exchanged media, including images and videos.

1

7.      Attached as Exhibit B to the Government's sentencing memorandum is an excerpt of certain Telegram messages that Layher and Sisk exchanged between June 2023 and February 2024.  This excerpt is a true and accurate excerpt of those Telegram messages that were extracted from Layher's cellular phone.

8.      In the excerpted Telegram messages attached as Exhibit B, the sequence of information is as follows: the initials of the username first appear, such as "LS" for Lilly Smoot or "AM" for Anna Morrow, followed by the time the message was sent, such as 12:44, then the full username, such as "Lilly Smoot" or "Anna Morrow," and then the substance of the message itself, such as "Fuck her now."  Ex. B at USAO_005851.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 11, 2024


                                                  _/s/ Charles J. Moloney_____
                                                  Charles J. Moloney
                                                  Special Agent
                                                  Homeland Security Investigations