UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Criminal No. 3:24-CR-0009 |
| **DAVEY JOHNATHAN SISK** : | |
| : | |

### UNITED STATES' NOTICE OF ADDITIONAL EXHIBIT FOR SENTENCING HEARING

In connection with its sentencing memorandum, ECF No. 51, the Government previously filed an excerpt of certain Telegram messages it plans to introduce at the sentencing hearing, ECF No. 51-2. The Government has identified additional Telegram message excerpts that it would like to introduce at sentencing. Those excerpts are attached hereto as Exhibit C. The Government respectfully requests that the Court consider these additional Telegram excerpts at sentencing.

Respectfully submitted,

**CHRISTOPHER R. KAVANAUGH**

United States Attorney

*/s/ Sally J. Sullivan*
Sally J. Sullivan (D.C. Bar No. 1021930)
Assistant United States Attorney
United States Attorney's Office
Western District of Virginia
255 West Main St., Suite 130
Charlottesville, Virginia 22902
(434) 284-9569
sally.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to counsel for the defendant.

*/s/ Sally J. Sullivan*
Assistant United States Attorney