# EXHIBIT C

14:19

Lilly Smoot

Dude send me what I want

AM

14:20

Anna Morrow

I have to wait for my dad to say yes

14:20

Abs you think of what I get in return

LS

14:20

Lilly Smoot

Me in her that's all

AM

14:21

Anna Morrow

No you come back and can do that whenever

LS

14:21

Lilly Smoot

Bye

AM

14:24

Anna Morrow

Crazyyyy

14:24

Crazy gown the one who loved you and did everything gets treated like shkt she ever starts shit with me I'll put her in her place

LS

14:24

Lilly Smoot

In her

AM

14:25

Anna Morrow

You come back and you can

LS

14:25

Lilly Smoot

No before I even think about coming back

AM

14:27

Anna Morrow

If you do that to get your coming back

LS

14:27

Lilly Smoot

More than one time before I think about it

AM

14:27

Anna Morrow

Mhmm

LS

14:27

Lilly Smoot

Waitkgn

AM

14:28

Anna Morrow

My dad hasn't said yes he's in a meeting I'm not in culpeper right now

LS

14:40

Lilly Smoot

Waitign

14:40

Teach her too

AM

14:45

Anna Morrow

I don't have them

14:45

I'm in front Royal

LS

14:47

Lilly Smoot

Teach her

14:48

She needs to take all

14:54

Dude like Let me rape her

14:54

For real

AM

14:54

Anna Morrow

Ok

LS

LS

16:52

Lilly Smoot

Bet

AM

16:56

Anna Morrow

What?

LS

16:59

Lilly Smoot

I'll rape her fucj it

AM

16:59

Anna Morrow

Okay

LS

17:00

Lilly Smoot

U going to let me do that to her?

AM

17:00

Anna Morrow

Yes cause I ain't

LS

17:02

Lilly Smoot

U going to let me force her and damage her pussy

AM

17:02

Anna Morrow

How I know I'm talking to Davey hub? Doesn't sound like something you say

LS

17:02

Lilly Smoot

K

AM

17:03

Anna Morrow

Mhmm

LS

17:03

Lilly Smoot

So ur going to let me shove my whole dick in her?

AM

17:03

Anna Morrow

Yup

LS

17:03

Lilly Smoot

And when u hear her scream then what

AM

17:04

Anna Morrow

I ain't gonna be there

LS

17:04

Lilly Smoot

Going to make u stay

AM

17:04

Anna Morrow

Tf you are

LS

17:05

Lilly Smoot

Why won't I

AM

17:05

Anna Morrow

I'm not staying to relive what I did

LS

17:05

Lilly Smoot

Ur going to be here holding her down

AM

17:06

Anna Morrow

No tf o will not

17:06

I

LS

17:06

Lilly Smoot

U will

17:06

20:24

Lilly Smoot

Whatever bye

20:25

Blocked

AM

20:25

Anna Morrow

Tf for?

LS

20:26

Lilly Smoot

Rape her

AM

20:27

Anna Morrow

Why Davwy? Why do you want me to give her tramua

20:27

You know how I deal with it

LS

20:27

Lilly Smoot

Knock her out and do it

20:27

She won't know anything

AM

20:28

Anna Morrow

She will when she's bloody and sore

USAO_007292

LS

20:28

Lilly Smoot

She won't be

20:28

Be like a bad dream

AM

20:28

Anna Morrow

She will be sore and bloody

20:29

I was

LS

20:29

Lilly Smoot

Then do half way

AM

20:29

Anna Morrow

She's still gonna be sore the hymen is right there she will still bleed and be sore

LS

20:31

Lilly Smoot

Make her cum

20:31

I had my head in and didn't break it

AM

20:31

Anna Morrow

Davey I'm not doing that to her

LS

20:31

Lilly Smoot

I have my head in her and didn't break it

20:31

James probably already did it

AM

20:32

Anna Morrow

Probably. That's probably why she doesn't like going up there.

20:32

That's probably why she's become very secretive about when she goes to the bathroom or takes math or anything like that

LS

20:33

Lilly Smoot

So why did I not break it when my head was in

AM

20:33

Anna Morrow

Probably not enough force

20:34

Where'd you go tonight?

LS

20:34

Lilly Smoot

Knock her out

AM

She staying home?

AM

07:23

Anna Morrow

Yes

07:24

Coming now

LS

07:24

Lilly Smoot

U got money for breakfast

AM

07:26

Anna Morrow

A little yes

07:31

Passing airport be ready to go

07:36

Coming off exit

07:38

Here pulling in

07:39

Here

07:40

Lilly Smoot

Cancelled

LS

09:20

Lilly Smoot

USAO_008879

Don't come in

09:20

U have vasline?

AM

09:38

Anna Morrow

I'm mad at you

LS

10:00

Lilly Smoot

That a no ok

AM

10:01

Anna Morrow

My depression hitting me

LS

10:05

Lilly Smoot

Yes or no

AM

10:08

Anna Morrow

Glad u love her more....

LS

10:19

Lilly Smoot

Come suck my dick

10:19

Slut

USAO_008880

AM

10:19

Anna Morrow

Hold on

LS

10:20

Lilly Smoot

Since u won't let me have anything

10:20

And she won't let me in

10:20

I can't finish

AM

11:25

Anna Morrow

Thanks…

AM

11:40

Anna Morrow

11:40

11:40

11:42

11:42

Done thank god

11:43

USAO_008881