UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 3:24-CR-9

DAVEY JOHNATHAN SISK

## NOTICE OF ADDITIONAL EXHIBIT

Undersigned counsel received a letter in support of Mr. Sisk yesterday. It is attached as Exhibit 1 for the Court's consideration.

Respectfully submitted,

DAVEY JOHNATHAN SISK
By Counsel

Counsel:

s/ Andrea L. Harris
Virginia State Bar No. 37764
Assistant Federal Public Defender
401 East Market Street, Suite 106
Charlottesville, Virginia 22902
Telephone: (434) 220-3380
Fax: (434) 220-3390
Email: Andrea_Harris@fd.org

### Certificate of Service

I hereby certify that on **October 20, 2024**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which I will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by

1

United State Postal service the document to the following non-CM/ECF participants: none.

s/Andrea L. Harris